IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN JACQUES,

    Petitioner,

v.

MR. PUGH, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-789-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of John Jacques for a writ of habeas corpus under 28 U.S.C. § 2254 is denied for his failure to show that he is in custody in violation of federal law.

_____    _____
By: [signature], Deputy Clerk    2-29-12
Peter Oppeneer, Clerk of Court    Date